IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN HUTCHINSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CARCO GROUP, INC., ET AL. | : | NO. 15-1570 |

## ORDER

**AND NOW**, this 29th day of September, 2015, upon consideration of the Motion to Dismiss filed by Defendant Carco Group, Inc. ("Carco") (Docket No. 17), the Motion to Dismiss filed by Defendant The County of Gloucester Virginia Circuit Court (the "Gloucester Court") (Docket No. 18), and Plaintiff Kevin Hutchinson's responses to both Motions, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED**:

1. Carco's Motion is **GRANTED IN PART** and **DENIED IN PART**. The Motion is **GRANTED** insofar as it seeks dismissal of Count I and is further **GRANTED** insofar as it seeks dismissal of Count II's claim that Carco negligently violated 15 U.S.C. § 1681d(d)(3). The Motion is **DENIED** insofar as it seeks dismissal of Count II's claim that Carco negligently violated 15 U.S.C. § 1681e(b).

2. The Gloucester Court's Motion is **GRANTED**. Count III is **DISMISSED** for lack of subject matter jurisdiction and the Gloucester Court is **DISMISSED** as a Defendant to this action.

BY THE COURT:

/s/ John R. Padova, J.

_____
John R. Padova, J.